The order entered by the court below is reversed and the cause is remanded with a procedendo.

Mr. Justice JONES and Mr. Justice ARNOLD dissent.

Bailey Estate.

Argued October 1, 1954. Before STERN, C. J., STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Lloyd F. Engle, Jr.,* with him *Louis Z. Marohnic,* for appellant.

*Elliott W. Finkel,* with him *David Roth, Kaplan, Finkel & Roth* and *Samuel A. Schreiner,* for appellee.

OPINION PER CURIAM, November 8, 1954:
The decree is affirmed on the opinion of Judge Cox, at the cost of appellant.

Potochnik *v.* Pittsburgh Railways Co., Appellant.

Argued October 8, 1954. Before STERN, C. J., STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.